In the Matter of the Probate of a Paper Writing Purporting to be the Last Will and Testament of CAROLINE REMSEN GIHON, Deceased.

ELIZABETH REMSEN LE ROY DALE, Appellant; WILLIAM GIHON et al., Respondents.

*Matter of Gihon,* 44 App. Div. 621, affirmed.
(Argued June 4, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made October 3, 1899, affirming a decree of the Surrogate's Court of Westchester county admitting to probate a certain paper purporting to be the last will and testament of Caroline Remsen Gihon, deceased.

*Frederick H. Man* for appellant.

*C. N. Bovee, Jr.,* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: CULLEN, J.